UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON MIRON,<br><br>              Plaintiff,<br><br>       v.<br><br>JACKSON,<br><br>              Defendant. | No. 2:21-cv-0501 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner at California Health Care Facility, has filed multiple documents styled "Letters," seeking return of legal and medical documents. On March 9, 2021, plaintiff filed the first two pages of a civil rights complaint form, but the form is incomplete and does not bear plaintiff's signature. Moreover, plaintiff included a letter to the prior magistrate judge in which he provides additional facts concerning his claims. On March 18, 2021, plaintiff's case was transferred to this district. (ECF No. 10.)

In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Parties proceeding without counsel are required to sign all pleadings, motions, and other papers

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider plaintiff's complaint (ECF No. 9) unless he signs and re-files the signed complaint.

In addition, plaintiff must complete the entire complaint form. Plaintiff is not required to append exhibits. Rather, all claims should be set forth in the complaint form so that both the court and defendant are clear as to plaintiff's facts and alleged violations.

Therefore, plaintiff is provided an opportunity to re-file his fully-completed complaint bearing his signature. Failure to comply with this order will result in a recommendation that this matter be dismissed. Fed. R. Civ. P. 41(b).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order to re-file a fully completed complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case. The complaint must bear plaintiff's signature.

Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

2. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated: March 22, 2021

/miro0501.nocompl

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2