UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARON MIRON, | No. 2:21-cv-0501 KJM KJN P |
|---|---|
| Plaintiff, | |
| v. | FINDINGS & RECOMMENDATIONS |
| JACKSON, | |
| Defendant. | |

By order filed March 22, 2021, plaintiff was informed that his proposed complaint was incomplete and did not bear his signature. He was granted thirty days leave to file a complete complaint bearing his signature. Plaintiff was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed. Thirty days from the order passed, and plaintiff has not filed a complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

1

failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 4, 2021

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/miro0501.fta