UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON MIRON,<br><br>        Plaintiff,<br><br>    v.<br><br>JACKSON,<br><br>        Defendant. | No. 2:21-cv-0501 KJM KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On May 4, 2021, the undersigned recommended that this case be dismissed based on plaintiff's failure to file a complaint bearing his signature. On May 20, 2021, plaintiff filed a motion seeking relief from this court's proceedings which deemed plaintiff's initial correspondence as his proposed complaint. Plaintiff avers that it was never his intent to file a separate civil rights action, but rather to inform the court of his difficulties in prosecuting his civil rights action, Miron v. Krpan, No. 18-cv-3267 JAM DMC (E.D. Cal.). (ECF No. 20 at 2.) Plaintiff asks the court to relieve him from the instant proceedings, as well as the requirement to pay the court's filing fee.

Good cause appearing, plaintiff's motion is granted. No order has issued requiring payment of the filing fee, so plaintiff has not yet incurred any obligation from the improvident opening of this action.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 20) is granted;
2. All pending matters are terminated; and
3. This action is dismissed without prejudice.

Dated: May 27, 2021

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/miro0501.59